# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: BRAGET, KIM & SHARON.<br><br>Debtor(s) | § Case No. 08-31863<br>§<br>§<br>§ |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within    9 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 10/21/2011 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 09/06/2011          By: /s/ Michael G. Berland
                                          Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602
(312) 855-1272

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: BRAGET, KIM & SHARON.    §    Case No. 08-31863
                                §
                                §
Debtor(s)                       §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $   13,956.95

*and approved disbursements of*          $        0.00

*leaving a balance on hand of* [1]       $   13,956.95

**Balance on hand:**                     $   13,956.95

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $        0.00
Remaining balance:                        $   13,956.95

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL G. BERLAND | 2,145.67 | 0.00 | 2,145.67 |

Total to be paid for chapter 7 administration expenses:    $    2,145.67
Remaining balance:                                         $   11,811.28

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $        0.00
Remaining balance:                                             $   11,811.28

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None ||||||

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 11,811.28

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 71,318.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | 11,391.29 | 0.00 | 1,886.52 |
| 2 | FIA CARD SERVICES, /BANK OF AMERICABY AMERICAN iNFOSURCE AGE | 11,179.15 | 0.00 | 1,851.38 |
| 3 | FIA CARD SERVICES, BANK OF AMERICA By MERICAN iNFOSOURCE AGE | 175.44 | 0.00 | 29.05 |
| 4 | Chase Bank USA,N.A C/O CEDITORS BANKRUPTUCY SERVICE | 732.47 | 0.00 | 121.30 |
| 5 | Wells Fargo Bank, N.A. | 702.50 | 0.00 | 116.34 |
| 6 | Recovery Management Systems For Ge Money Bank dba Home | 6,770.07 | 0.00 | 1,121.19 |
| 7 | United States Department of EducationM DIRECT lOAN CENTER | 7,000.00 | 0.00 | 1,159.27 |
| 8 | Recovery Management Systems For GE Money Bank | 1,914.39 | 0.00 | 317.04 |
| 9 | American Express Bank FSBC/O BECKETT & LEE LLP | 31,453.29 | 0.00 | 5,208.97 |

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 11,811.06 |
| Remaining balance: | $ 0.22 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.22 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.22 |

Prepared By: /s/MICHAEL G. BERLAND
Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 08-31863-BWB
Kim O. Braget                                                   Chapter 7
Sharon A. Braget
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: pseamann          Page 1 of 2          Date Rcvd: Sep 07, 2011
                             Form ID: pdf006         Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2011.
db/jdb         Kim O. Braget,   Sharon A. Braget,   14665 West Edinburgh Court,   Homer Glen, IL  60491-9651
aty           +Bruce E de'Medici,   Belongia, Shapiro & Franklin, LLP,   20 S. Clark Street,   Suite 300,
                Chicago, IL 60603-1896
aty           +William S Hackney, III,   SmithAmundsen, LLC,   150 North Michigan Avenue,   Suite 3300,
                Chicago, IL 60601-6004
tr            +Michael G Berland,   1 N LaSalle St, No.1775,   Chicago, IL 60602-4065
12889887       Altra Federal Credit Union,   P.O. Box 660348,   Dallas, TX 75266-0348
12889888       American Express (Costco),   Box 0001,   Los Angeles, CA 90096-0001
14003983       American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
12889889      +B&B Tax and License Services, Inc.,   15753 Bell Road,   Homer Glen, IL 60491-6918
12889892      +Bank of America,   P.O. Box 37271,   Baltimore, MD 21297-3271
12889891       Bank of America,   P.O. Box 15710,   Wilmington, DE 19886-5710
12889890      +Bank of America,   P.O. Box 26078,   Greensboro, NC 27420-6078
12889894       Bank of America (LaSalle),   P.O. Box 15710,   Wilmington, DE 19886-5710
12889895      +Capitol One Bank,   P.O. Box 5294,   Carol Stream, IL 60197-5294
12889898      +Chase,   P.O. Box 15153,   Wilmington, DE 19886-5153
13852148      +Chase Bank USA,N.A.,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
12889900       Citi Business Card,   P.O. Box 688906,   Des Moines, IA 50368-8906
12889901      +Corporate Properties,   15741 South Bell Road,   Homer Glen, IL 60491-6918
12889905       Harris Bank,   P.O. Box 6201,   Carol Stream, IL 60197-6201
12889907      +Martin Leasing Corp.,   124 Faither Drive,   Suite 1,   Mount Laurel, NJ 08054-6964
12889909       National City,   P.O. Box 533510,   Atlanta, GA 30353-3510
12889910      +Robert Vander Woude/Grove,   15741 South Bell Road,   Homer Glen, IL 60491-6918
12889911       Sam's Club,   P.O. Box 630942,   Atlanta, GA 30353
12889912       Thrivent Financial Bank,   P.O. Box 17309,   Baltimore, MD 21297-1309
12889913      +U.S. Department of Education,   P.O. Box 530260,   Atlanta, GA 30353-0260
13996786       United States Department of Education,   Direct Loan Servicing Center,   P.O. Box 5609,
                Greenville, TX 75403-5609
12889914       Wells Fargo,   P.O. Box 54349,   Los Angeles, CA 90054-0349
13912743       Wells Fargo Bank, N.A.,   MAC S4101-08C,   100 W. Washington St., Phoenix, AZ 85003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12889902       E-mail/PDF: mrdiscen@discoverfinancial.com Sep 08 2011 04:51:50     Discover Card,
                P.O. Box 30395,   Salt Lake City, UT 84130-0395
13704329       E-mail/PDF: mrdiscen@discoverfinancial.com Sep 08 2011 04:51:50
                Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany OH 43054-3025
13837689       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 08 2011 04:51:33
                FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
                Oklahoma City, OK  73124-8809
12889904       E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2011 04:04:25     GE Money,   P.O. Box 960061,
                Orlando, FL 32896-0061
12889906       E-mail/PDF: cr-bankruptcy@kohls.com Sep 08 2011 04:04:44     Kohl's,   P.O. Box 2983,
                Milwaukee, WI 53201-2983
12889908      +E-mail/Text: pthon@mchenrysavings.com Sep 08 2011 03:00:18     McHenry Savings Bank,
                353 Bank Drive,   Mchenry, IL 60050-0506
14001313      +E-mail/PDF: rmscedi@recoverycorp.com Sep 08 2011 04:40:06
                Recovery Management Systems Corporation,   For GE Money Bank,   dba SAM'S CLUB,
                25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
13951169      +E-mail/PDF: rmscedi@recoverycorp.com Sep 08 2011 04:52:19
                Recovery Management Systems Corporation,   For GE Money Bank,   dba HOME DESIGN-SEWING/GEMB,
                25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12889903       Elite Team Services, Inc.
12889893*     +Bank of America,   P.O. Box 15710,   Wilmington, DE 19886-5710
12889896*     +Capitol One Bank,   P.O. Box 5294,   Carol Stream, IL 60197-5294
12889897*      Capitol One Bank,   P.O. Box 5294,   Carol Stream, IL 60197-5294
12889899*      Chase,   P.O. Box 15153,   Wilmington, DE 19886-5153
                                                                                   TOTALS: 1, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: pseamann           Page 2 of 2            Date Rcvd: Sep 07, 2011
                              Form ID: pdf006          Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 09, 2011**                    **Signature:**       *Joseph Speetjens*