**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: BRAGET, KIM & SHARON.  § Case No. 08-31863
§
§
Debtor(s)  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

　　MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $163,762.00　　　　　　Assets Exempt: $154,112.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $11,811.45　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　Without Payment: $59,507.15

Total Expenses of Administration: $2,145.67

　　3) Total gross receipts of $ 13,957.12 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $13,957.12 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,145.67 | 2,145.67 | 2,145.67 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 71,318.60 | 71,318.60 | 11,811.45 |
| **TOTAL DISBURSEMENTS** | $0.00 | $73,464.27 | $73,464.27 | $13,957.12 |

4) This case was originally filed under Chapter 7 on November 21, 2008. The case was pending for 37 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/29/2011     By: /s/MICHAEL G. BERLAND
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Sale assets B& B Tax & License-scheduled | 1129-000 | 10,000.00 |
| Furnitur-escheduled | 1129-000 | 2,500.00 |
| Monies in Harris account of B& B-unscheduled | 1229-000 | 1,447.07 |
| Interest Income | 1270-000 | 10.05 |
| **TOTAL GROSS RECEIPTS** | | **$13,957.12** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 2,145.67 | 2,145.67 | 2,145.67 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,145.67 | 2,145.67 | 2,145.67 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | 7100-000 | N/A | 11,391.29 | 11,391.29 | 1,886.57 |
| 2 | FIA CARD SERVICES, /BANK OF AMERICABY AMERICAN iNFOSURCE | 7100-000 | N/A | 11,179.15 | 11,179.15 | 1,851.44 |
| 3 | FIA CARD SERVICES, BANK OF AMERICA By MERICAN | 7100-000 | N/A | 175.44 | 175.44 | 29.06 |
| 4 | Chase Bank USA,N.A C/O CEDITORS BANKRUPTUCY SERVICE | 7100-000 | N/A | 732.47 | 732.47 | 121.31 |
| 5 | Wells Fargo Bank, N.A. | 7100-000 | N/A | 702.50 | 702.50 | 116.34 |
| 6 | Recovery Management Systems For Ge Money Bank dba Home | 7100-000 | N/A | 6,770.07 | 6,770.07 | 1,121.23 |
| 7 | United States Department of EducationM DIRECT lOAN | 7100-000 | N/A | 7,000.00 | 7,000.00 | 1,159.31 |
| 8 | Recovery Management Systems For GE Money Bank | 7100-000 | N/A | 1,914.39 | 1,914.39 | 317.05 |
| 9 | American Express Bank FSBC/O BECKETT & LEE LLP | 7100-000 | N/A | 31,453.29 | 31,453.29 | 5,209.14 |
| TOTAL GENERAL UNSECURED CLAIMS | | | 0.00 | 71,318.60 | 71,318.60 | 11,811.45 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-31863  
**Case Name:** BRAGET, KIM & SHARON.  

**Trustee:** (520196) MICHAEL G. BERLAND  
**Filed (f) or Converted (c):** 11/21/08 (f)  
**§341(a) Meeting Date:** 12/18/08  

**Period Ending:** 12/29/11  
**Claims Bar Date:** 06/10/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Sale assets B& B Tax & License-scheduled | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 2 | Furnitur-escheduled<br>   Monies from settlement of intrest in personal property Also includes assets 6 & 7 | 5,025.00 | 2,500.00 | | 2,500.00 | FA |
| 3 | Wearing apparel for husband-scheduled | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Wearing apparel for wife-schedueld | 1,800.00 | 0.00 | DA | 0.00 | FA |
| 5 | 1 carat wedding ring-schedueld<br>   Asset included in settlement of non-exempt personal property for $2500 | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | 1 1/2 carat anniversary ring-scheduled<br>   Asset included in $2500 settlement for personal property | 2,500.00 | 0.00 | | 0.00 | FA |
| 7 | Diamond bracelet-scheduled<br>   Asset included in settlement of $2500 for personal property | 1,200.00 | 0.00 | | 0.00 | FA |
| 8 | Nikon camera-scheduled | 250.00 | 0.00 | DA | 0.00 | FA |
| 9 | Thrivent Insurance-scheduled | 900.00 | 0.00 | DA | 0.00 | FA |
| 10 | IRA Oppenheimer-scheduled | 72,665.41 | 0.00 | DA | 0.00 | FA |
| 11 | IRA Oppenheimer-scheduled | 65,158.59 | 0.00 | DA | 0.00 | FA |
| 12 | 50% stock-B&B Insurance-scheduled | Unknown | 0.00 | DA | 0.00 | FA |
| 13 | 1997 Accura-scheduled | 1,063.00 | 0.00 | DA | 0.00 | FA |
| 14 | 1989 Mustang-scheduled | 1,300.00 | 0.00 | DA | 0.00 | FA |
| 15 | 1992 Lexus-scheduled | 3,125.00 | 0.00 | DA | 0.00 | FA |
| 16 | Boat-scheduled | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | 2 poodles-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 18 | Viking sewing machine-scheduled | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 19 | Monies in Harris account of B& B-unscheduled (u) | 0.00 | 1,447.07 | | 1,447.07 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 10.05 | Unknown |
| 20 | Assets    Totals (Excluding unknown values) | **$173,987.00** | **$13,947.07** | | **$13,957.12** | **$0.00** |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-31863  
**Case Name:** BRAGET, KIM & SHARON.

**Trustee:** (520196)   MICHAEL G. BERLAND  
**Filed (f) or Converted (c):** 11/21/08 (f)  
**§341(a) Meeting Date:** 12/18/08

**Period Ending:** 12/29/11

**Claims Bar Date:** 06/10/09

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

The Trustee compromised his interest in certain personal property. The proceeds from the liquidation of a business asset were deposited. The trustee filed his Final Report and made the distribution to creditors.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2013      **Current Projected Date Of Final Report (TFR):**   December 31, 2013

Printed: 12/29/2011 09:58 AM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 08-31863  
**Case Name:** BRAGET, KIM & SHARON.  

**Taxpayer ID #:** **-***0853  
**Period Ending:** 12/29/11  

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****35-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/13/09 | {1} | Smith Amundsen LLC | Proceeds from sale of B7 B Tx & License Service | 1129-000 | 10,000.00 | | 10,000.00 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 10,000.21 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 10,000.59 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.43 | | 10,001.02 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 10,001.42 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 10,001.81 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.43 | | 10,002.24 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 10,002.66 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 10,003.08 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 10,003.48 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 10,003.88 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 10,004.30 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 10,004.72 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 10,005.11 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 10,005.49 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.44 | | 10,005.93 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.06 | | 10,005.99 |
| 04/06/10 | | Wire out to BNYM account 9200******3565 | Wire out to BNYM account 9200******3565 | 9999-000 | -10,005.99 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -10,005.99 | 0.00 | |
| | | | **Subtotal** | | 10,005.99 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,005.99** | **$0.00** | |

{} Asset reference(s)

Printed: 12/29/2011 09:58 AM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-31863  
**Case Name:** BRAGET, KIM & SHARON.  

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****35-66 - Checking Account  

**Taxpayer ID #:** **-***0853  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Period Ending:** 12/29/11  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 12/29/2011 09:58 AM   V.12.57

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 08-31863  
**Case Name:** BRAGET, KIM & SHARON.  

**Taxpayer ID #:** **-***0853  
**Period Ending:** 12/29/11  

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******35-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3565 | Wire in from JPMorgan Chase Bank, N.A. account ********3565 | 9999-000 | 10,005.99 | | 10,005.99 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.47 | | 10,006.46 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.60 | | 10,007.06 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.58 | | 10,007.64 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.59 | | 10,008.23 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.59 | | 10,008.82 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,008.90 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,008.98 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,009.06 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,009.14 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,009.22 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 10,009.29 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,009.37 |
| 04/21/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 10,009.42 |
| 04/28/11 | | From Account #9200******3566 | | 9999-000 | 3,947.07 | | 13,956.49 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 13,956.51 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,956.62 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,956.73 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,956.84 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,956.95 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,957.06 |
| 10/17/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.06 | | 13,957.12 |
| 10/17/11 | | To Account #9200******3566 | Transfer for purpose of final distribution | 9999-000 | | 13,957.12 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 13,957.12 | 13,957.12 | $0.00 |
| | | | Less: Bank Transfers | | 13,953.06 | 13,957.12 | |
| | | | **Subtotal** | | 4.06 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4.06** | **$0.00** | |

{} Asset reference(s)  
Printed: 12/29/2011 09:58 AM   V.12.57

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 08-31863  
**Case Name:** BRAGET, KIM & SHARON.  

**Taxpayer ID #:** **-***0853  
**Period Ending:** 12/29/11  

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******35-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/26/11 | {2} | Kim & Sahron Braget | Settlement in non-exmept personal property | 1129-000 | 2,500.00 | | 2,500.00 |
| 01/26/11 | {19} | Harris Bank | Procceeds in Harris Bank account of B & B | 1229-000 | 1,447.07 | | 3,947.07 |
| 04/28/11 | | To Account #9200******3565 | | 9999-000 | | 3,947.07 | 0.00 |
| 10/17/11 | | From Account #9200******3565 | Transfer for purpose of final distribution | 9999-000 | 13,957.12 | | 13,957.12 |
| 10/26/11 | 10101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $2,145.67, Trustee Compensation;  Reference: | 2100-000 | | 2,145.67 | 11,811.45 |
| 10/26/11 | 10102 | Discover Bank/DFS Services LLC | Dividend paid  16.56% on $11,391.29; Claim# 1; Filed: $11,391.29; Reference: | 7100-000 | | 1,886.57 | 9,924.88 |
| 10/26/11 | 10103 | FIA CARD SERVICES, /BANK OF AMERICABY AMERICAN iNFOSOURCE AGE | Dividend paid  16.56% on $11,179.15; Claim# 2; Filed: $11,179.15; Reference: | 7100-000 | | 1,851.44 | 8,073.44 |
| 10/26/11 | 10104 | FIA CARD SERVICES, BANK OF AMERICA By MERICAN iNFOSOURCE AGE | Dividend paid  16.56% on $175.44; Claim# 3; Filed: $175.44; Reference: | 7100-000 | | 29.06 | 8,044.38 |
| 10/26/11 | 10105 | Chase Bank USA,N.A C/O CEDITORS BANKRUPTUCY SERVICE | Dividend paid  16.56% on $732.47; Claim# 4; Filed: $732.47; Reference: | 7100-000 | | 121.31 | 7,923.07 |
| 10/26/11 | 10106 | Wells Fargo Bank, N.A. | Dividend paid  16.56% on $702.50; Claim# 5; Filed: $702.50; Reference: | 7100-000 | | 116.34 | 7,806.73 |
| 10/26/11 | 10107 | Recovery Management Systems For Ge Money Bank dba Home | Dividend paid  16.56% on $6,770.07; Claim# 6; Filed: $6,770.07; Reference: | 7100-000 | | 1,121.23 | 6,685.50 |
| 10/26/11 | 10108 | United States Department of EducationM DIRECT IOAN CENTER | Dividend paid  16.56% on $7,000.00; Claim# 7; Filed: $7,000.00; Reference: | 7100-000 | | 1,159.31 | 5,526.19 |
| 10/26/11 | 10109 | Recovery Management Systems For GE  Money Bank | Dividend paid  16.56% on $1,914.39; Claim# 8; Filed: $1,914.39; Reference: | 7100-000 | | 317.05 | 5,209.14 |
| 10/26/11 | 10110 | American Express Bank FSBC/O BECKETT & LEE LLP | Dividend paid  16.56% on $31,453.29; Claim# 9; Filed: $31,453.29; Reference: | 7100-000 | | 5,209.14 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 17,904.19 | 17,904.19 | $0.00 |
| | | | Less: Bank Transfers | | 13,957.12 | 3,947.07 | |
| | | | **Subtotal** | | 3,947.07 | 13,957.12 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,947.07** | **$13,957.12** | |

{} Asset reference(s)

Printed: 12/29/2011 09:58 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 08-31863
**Case Name:** BRAGET, KIM & SHARON.

**Trustee:** MICHAEL G. BERLAND (520196)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******35-66 - Checking Account

**Taxpayer ID #:** **-***0853
**Period Ending:** 12/29/11

**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :           13,957.12
                        _____
Net Estate :            $13,957.12

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****35-65 | 10,005.99 | 0.00 | 0.00 |
| Checking # ***-*****35-66 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-******35-65 | 4.06 | 0.00 | 0.00 |
| Checking # 9200-******35-66 | 3,947.07 | 13,957.12 | 0.00 |
| | $13,957.12 | $13,957.12 | $0.00 |

{} Asset reference(s)

Printed: 12/29/2011 09:58 AM    V.12.57